Gary E. Devlin, Esq. (SBN 210517)
 gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PABLO SILVA, an individual; and LETICIA SILVA, an individual<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>SAXON MORTGAGE SERVICES INC., a Texas corporation, as Successor-in-Interest to First Franklin, A Division of National Bank of IN; REGIONAL SERVICE CORPORATION, a California corporation; and DOES 1-20 inclusive,<br><br>　　　　　Defendants. | Case No.  2:11-cv-03125 MCE-JFM<br><br>(Assigned to the Honorable Morrison C. England, Jr., Courtroom 7, 14th Floor)<br><br>**ORDER RE EX PARTE APPLICATION OF DEFENDANT SAXON MORTGAGE SERVICES, INC. TO DISMISS CASE PURSUANT TO FRCP 41(b)**<br><br>[Ex Parte Application Filed Concurrently]<br><br>**Date:**　　TBD<br>**Time:**　　TBD<br>**Ctrm.:**　　"7"<br><br>Action Filed:  November 23, 2011 |

　　　　Defendant Saxon Mortgage Services, Inc.'s ("Saxon") ex parte application to dismiss this matter pursuant to Federal Rule of Civil Procedure 41(b) came before this Court.  Having read the memoranda of points and authorities submitted by

Saxon, the Court hereby orders the ex parte application is granted. The above-captioned case is dismissed in its entirety with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE